Number 181852, Hector Zabala-de Jesus v. Sanofi Aventis PR, Puerto Rico, Incorporated, et al. Good morning, my ex-police deport. I want to request to reserve two minutes for rebuttal. How many? I'm sorry. To request two minutes for rebuttal. That's fine. My name is Attorney Irma Valdezuli, and I represent the appellant Hector Zabala. The issue here is whether the comparison test and or the diabetes experience were pretextual and reasons advanced by Sanofi purposely to cover up their age decision factor. If an objective comparison was pivotal to determine the proficiency between Brenda Bonet and Hector Zabala to fulfill the new position, why did David Freeman wait until after suggesting Bonet to human resources to perform the objective comparison test? Their argument as to why they favor Bonet over Zabala solely relies on the results from this test. Why is the diabetes argument only used when discussing Zabala's qualifications but omitted when discussing other members of the team? David Freeman was brought to Sanofi in August of 2013 as part of a merger between two business units. One unit led by 20 years veteran Hector Zabala and Brenda Bonet with about seven years of experience leading the other one. Freeman, without any review of merits among the teams and its leaders, decides to create a new position tailored to Bonet's strengths and with access to information that evidently qualified her over Zabala Freeman, ignored the fact that Zabala was a senior employee already trained and capable to complete the task at hand to train a younger part. And this occurred in October 2013, well before the comparison tests. These facts, corroborated by corporate assessments, emails, and Freeman's depositions that you can find in the appendix of pages 512, 518, 519, 521, 735, and 746, proves favoritisms that were a younger employee. David Freeman was biased against Mr. Zabala because of his age. The evidence shows how David Freeman ruined Brenda Bonet, a younger person, to eventually qualify her for the position he desired, all while ignoring the already skilled and available older staff members. Counsel, I'm looking at a statement from your brief. This is a pretty strong statement. You say on November 13, 2013, David Freeman chose Brenda Bonet over Hector Zabala without any evaluation of their capacities and qualifications except age. Yet the record certainly, maybe you're going to say this was all pretext, but the record certainly seems to be replete with documentation that Freeman evaluated examination scores. He obtained feedback from other employees as to performance. So to say that he did not engage in any evaluation of their capacities or qualifications seems to me, frankly, a gross overstatement, which does not serve you well. No, no, Your Honor, because all those precisely, that's the point I'm bringing, that all those comparison tests and evaluations of reports and for other persons was saying that Angela Feblis came after he has already decided without any other factor except her age. What is the evidence that he had already decided? There is what I'm saying. If the court refers to page 512, which is the organization assessment prepared by Freeman before the comparisons test, in that document he already has selected Brenda Bonet and created a position of product manager to help her, train her into a senior marketing manager without even considering no other factor. Knowing nothing about Zavala except his age. The comparison test came as a surprise. But he knew that she was expert or had background in diabetes and he did not. Your Honor, first of all, he did not, when he decided for Brenda Bonet, he only know that she worked with diabetes product, but he has not checked whether Hector Zavala has also knowledge and preparation in diabetes. But he doesn't have the equivalent experience. Your Honor, he has 20 years of working experience. Not with respect to diabetes. He doesn't have the same level of experience with diabetes as she does. Well, Your Honor, he didn't check whether Zavala had the medications that he was working and the doctors that he was working has also diabetes information. Your Honor, he knows the company and he knows what her role in the company was with respect to diabetes and that Zavala wouldn't have had that same level of experience. He knows that much. When he decided, he made it clear that part of the reason he was picking her was because of her experience in diabetes. And that's another reason that I'm saying. But that's different than saying that the only reason he picked her was because of her age. Your Honor, diabetes was also a pretext because when they go to creating and selecting the person for the product manager position which was going to help in the diabetes experience and would also help in the diabetes team, the person that they chose was a younger person that had no experience in diabetes against the other candidate who was an older woman who has extensive experience with diabetes. So for Zavala, it was important the diabetes experience but not for the production manager. The production manager was going to work in the same team and where they have another candidate who was an older woman who had ample experience in diabetes. So there are two factors very important here from where the jury can infer that the only reason why they did not choose Zavala over Bonet was because of his age. And also, Your Honor, it's important considering that I have read and reviewed the last case from this circuit of Robinson v. Town Marshfield is that the comparison test and the decision of the diabetes was made by the same person who chose Brenda Bonet at the beginning of his arriving into the company. We shall consider, as I said, and also if we go over to the comparison test that they did at the end afterward when they have already made the assessment, organizational assessment, have already decided and prepared for the position of production manager. They did a comparison. This part of the comparison favored Bonet over Zavala because that was the candidate that they wanted. Freeman Cherry picked the criteria for comparison. His hyperbolic description of Mary Sauer Bonet posed an overcompensation with an intent to favor Bonet over Zavala. And I'm not saying that one is more qualified than the other because in the year the decision was not made upon the comparison test. It was not made upon who was more qualified because the qualifications of each one of the comparisons came after the decision had already been made. And this comparison was made in a weekend, 72 hours, by two people, not even the person who was in charge of Zavala and had to review him at that time. Where is my time? It's still nine minutes. That's why I'm saying that if you compare the one, when the decisions were made. Your time is up. Ah, so 20 minutes, 20, 21 seconds check. Okay. I'm up. Okay. Yes, good morning. My name is Anita Montaner-Sevillano and I represent the appellee Sanofi Puerto Rico and Sanofi U.S. along with counsel Reynaldo Figueroa. We understand that the district court correctly ruled that this case should be disposed of by summary judgment. Because the plaintiff did not produce any significant evidence of pretext under the McDonnell-Douglas framework. From which it could be inferred that the real reason for the termination of Mr. Zavala was age animus. The process of this appeal is pretext. What about the organizational chart, though, that has Ms. Bynette plugged in before there's any kind of? That organizational chart was prepared after Mr. Freeman, who's the decision maker, had recently come on board to the organization. That was prepared like in September of 2013. No, I'm sorry, in November. He had started in late August. He was a newcomer. As a newcomer, he came with instructions. He was hired by the diabetes unit in the states in Bridgewater by the vice president of the diabetes section with instructions to examine the business. Right. There's nothing wrong with creating a reorganizational chart. Yes. The question is why is her name plugged in as opposed to just a generic placement holder for the position? Because after he examined the business, he saw how it worked and what were the different units that were operating in the business. And he understood that the diabetes unit, the specialty unit, was working effectively, that it was producing most of the sales, almost 80% of the sales of that Puerto Rico operation. And in his assessment of the business, which is that reorganizational chart, he understood that his, we have to admit that his recommended candidate and his preferred candidate was the candidate with the diabetes experience. And that is what spirals all this theory that it was age motivated. But the motive here of the decision maker early on is diabetes experience. And that diabetes experience, he testified in his deposition that it was very important to him. There's also. Why was there a mention of her age? Excuse me? Why is there a mention of her age? There's no mention of her age in that assessment at all, Your Honor. The age is mentioned later on in a comparative assessment that he requests Angela Febles to prepare. And she prepares a comparison of Brenda Bonet, the diabetes expert, and Mr. Zavala. And in her comparison, she placed on her own volition, which she admitted in the deposition, she placed in that comparison that Brenda Bonet was a female, a woman over 40 years old. And she turned in that comparison to the decision maker, Mr. Freeman. She said, this is what I know about the candidates. The information needs to be completed because I do not have all the information on Mr. Zavala. And you need to consult with HR because the ratings are not here, which was part of the selection criteria, performance ratings. I don't know them. Mr. Zavala didn't know them either. But Mr. Zavala, upon receiving that comparison, he looks at it and he adds in that comparison, that Mr. Zavala has 17 years of experience in marketing products, not in diabetes. And he adds, when he sees woman 40, he adds male over 50, and he turns that into HR. And he says, I don't have the overall evaluations. So what is the purpose of noting the age? And then there's a suggestion that you should contact HR. Is there a recognition that there could be a problem here? Because one candidate is over 50 and one is over 40? What's the point of including age? The point of including age, he testified that he did it as a reaction to what he saw in the comparison when families on her own had included, this is a woman 40, and then he in turn said a male 50. My question is, why was the notation of age put into the comparison document? Ms. Fairless didn't give an explanation. She put it on her own and she did not give an explanation. I have to say that for HR, it does matter, however. Because HR, at the time of the comparison, takes into account many factors and it took into account the seniority, it took into account the ratings, it took into account the diabetes experience, and it already had the ages. And for purposes of an overall assessment and an HR assessment, she also knew that she was a woman over 40 and that he was a male over 50. So how does the fact that the woman is over 40 and the man is over 50, how does that appropriately factor into the decision as to who should get the job? No, because at the end of the day, what was the motivating and the driving factor at all times was the diabetes experience. And when they selected the criteria for the candidate, Mr. Freeman always had insisted that diabetes was important. Diabetes experience was important and that is the common factor here for him preferring a director of the unit to be a woman who had the diabetes experience and was over 50 and for the manager position to be a woman who had the diabetes experience even if she was over 40 and not over 50. The diabetes experience was the common thread in this decision and even if they can be argued that they had comparable experience because he had many years in marketing, when they go to the ratings, which the decision maker had no idea what the ratings would show because he had no access to that and the evaluations in the ratings had been performed by other managers who were completely unrelated to the process who had conducted the evaluations way before the decision maker arrived in the organization, when you looked at the ratings, it was very clear that the candidate that was selected with the diabetes experience had far superior ratings in performance than the appellant in this case and there's no evidence that that was manufactured or that it was a false. Isn't it true that when this comparison was done, the information on Mr. Zavala was incomplete? It appeared that there were, for example, there were notations that ratings that were supposed to be included were not yet included, so there was an incompleteness about his evaluation that was not true of Ms. Benet. Isn't that true? When the comparison was first prepared by Ms. Angela Febles, she was very clear with Mr. David Freeman, this is incomplete, it's missing information, this is what I know. Was it ever fully completed? Yes, by Adriana Berry in HR. She was the one who had access to the performance evaluations and she's the one who completed the information because she looked at it and she verified within her realm was to verify the performance evaluations. She accessed the performance evaluations. She confirmed that what was indicated about Brenda Bonet was correct. She had received eight two years in a row, which was the highest evaluation in their grade system and when she looked at the evaluations of Mr. Zavala, she saw that he had received a one, which is the lowest evaluation in the grading system and those evaluations were prepared by third parties. So even if we say diabetes experience should not be that important, which that's not the case because it was important to the decision makers and it was a diabetes unit that made 80% of its cells in diabetes, even if we say that they could have comparable experience, here the tiebreaker anyway was the performance ratings because in performance ratings, clearly the chosen candidate had superior performance ratings than the appellant in this case. And what has to be taken into account is that from the very beginning, the motivation for the preference of Ms. Brenda Bonet was her diabetes experience. There's nothing in this record to indicate that there was an H animus on the part of the defendant in this case. What we understand is happening here is that the defendant is clearly taking facts and speculating about the facts because there's no facts in the record that are suggestive of any H animus on the part of the defendant. That is why the summary judgment should be affirmed. Thank you. I just have one question. Mr. Zavala is arguing that he did have diabetes experience. Is there anything in the evaluation process because it was for, what do you call it, off-use product experience? Area experience. That criteria was area experience. So is there anything in the evaluation process that would have captured that since it wasn't directly related to his direct responsibilities? What the record captured and what he has indicated is that he had 17 years of experience and he admits that his 17 years of experience, 15 of those years were focused on cardiovascular products entirely. He may have had a peripheral experience with diabetes, but his focus for 15 years was on cardiovascular products and by the time this decision came about, the cardiovascular products had sales were minimal in that unit for cardiovascular products. That's why he had moved on to another or the prior manager had put him in another type of products which were the oncology products. And that's when he received a rating of 1 because there is a curve, and he admits there's a learning curve when you switch from products and therapies, learning that. And he had problems with the sales personnel also, so it was a bumpy year for him, that transition. And we have to see the motivation of the decision maker who comes to the new business and he wants not to impact the diabetes unit that is making the sales for this Puerto Rico operation. He did not want to impact its performance. He wanted to keep that diabetes unit as it was because he had seen from his evaluation of the business that it was a successful operation with these two incumbents running the marketing area of the operation, and that was his preference to keep them. It was not age. That's what we submit. Thank you. Your Honors, two things. First, when Freeman has only two or three months in the company, when he decided for Brenda Burnett as his candidate, at that time he has not interviewed anyone nor has cared to look as to what, not even talk with Hector Zavala or with his supervisor to know if he has some experience or some capabilities. Why is that significant unless you can show that when he adopted that preference for her at that early stage, he did it because of her age? What's the evidence that at that time... Your Honor, because the only information that he has at that time was that this one was working in the area of diabetes and was younger than the other because that was... Well, he also had the idea that she was extremely successful in the diabetes area. Why wouldn't that be enough? Your Honor, because... And what's the evidence that he knew her to be because he saw them there. He met with all the persons that were working in each of the units and they made... There's no indication that he made a notation of her age or anything at the time he adopted that preference. Your Honor, even the fact that when he fills out the document that they filled, the comparison test that they did overnight, he was the one who put the age. It was not Ms. Febles. It was him who put the age, the 50 years age. Then why... Diabetes was the main reason and he was aware that Hector Zavala did not have that experience and Hector Zavala had a curve because of his age that he could not learn as he did for 70 years and be successful in the cardiovascular medications which are joined with diabetes because cardio and diabetes conditions are merged. Why didn't he care to make a comparison test? That was not necessary. He has already the evidence that she had an experience in diabetes. Why doing it at the last? Just to cover up his decision for a younger person.